**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ELKIN D. ROSALES ALMENDARES,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Case No. CIV-26-3425-J** |
| **TODD BLANCHE, et al.,** | ) | |
| **Respondents.** | ) | |

**ORDER TO CURE DEFICIENCIES**

The Court has received the habeas corpus petition filed by counsel Jan Weiss on behalf of Petitioner. Doc. 1. It appears counsel is not a resident of and does not maintain an office in Oklahoma. Counsel is therefore required to comply with LCvR83.3(a), which requires association of nonresident counsel with local counsel.

Counsel must associate with local counsel or seek waiver of the local counsel requirement under LCvR83.3(c) by **November 30, 2026,** or the Court will deem them withdrawn as counsel for Petitioner in this action.

**SO ORDERED** this 25th day of November, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE